UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2008 MAR -4 P 3:54

U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) NO. 3:08-CR-37<br>) BY_____ DEPT. CLERK |
| KENNETH NICKOLOUS FANN,<br>KENNETH ALLEN FANN, and<br>RAY GENE ELLIOTT,<br>  also known as SPECK | ) JUDGES Phillips-Shirley<br>) PAF<br>)<br>)<br>) |

## ORDER

Upon motion of the United States, it is hereby ORDERED, pursuant to Rule 6(e)(4), Fed. R. Crim. P., that the file in the above-styled case be sealed by the Clerk until the defendants are in custody or have been released pending trial, at which time the file shall be unsealed pursuant to this Order absent a further order by the Court.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE